IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOSELIN A. OBANDO,<br><br>　　Plaintiff,<br><br>v.<br><br>5 STAR CHILDCARE &<br>LEARNING CENTER INC., a<br>Georgia Corporation, and<br>MAHADAI SAHID an individual,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-816-MHC |

## ORDER

Plaintiff's counsel filed a Notice of Settlement [Doc. 20]. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. Upon finalization of the settlement documents, the parties shall file a stipulation of dismissal.[1]

**IT IS SO ORDERED** this 2nd day of February, 2017.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.